UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SASHA GIVERTS, et al.,

    Plaintiffs,

    v.

BAC HOME LOAN SERVICING CO.,

    Defendant.
_____/

No. C 10-0788 PJH

**ORDER OF DISMISSAL**

On February 25, 2010, this court dismissed without prejudice plaintiff's complaint and denied plaintiff's application to proceed in forma pauperis. Plaintiff was advised to file an amended complaint no later than March 29, 2010 or the case would be dismissed with prejudice. Plaintiff failed to file an amended complaint by that date.

The court has considered the five factors set forth in <u>Malone v. United States Postal Service</u>, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the instant litigation require dismissal of this action. In view of plaintiff's lack of response to this court's prior order, the court finds there is no appropriate less drastic sanction.

Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro. 41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge