UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SASHA GIVERTS, et al.,

    Plaintiffs,

    v.

BAC HOME LOAN SERVICING CO.,

    Defendant.
_____/

No. C 10-0788 PJH

**JUDGMENT**

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

it is Ordered and Adjudged

that plaintiffs take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: March 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge