UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA GIVERTS et al, <br><br> Plaintiff, <br><br> v. <br><br> BAC HOME LOAN SERVICING CO. et al, <br><br> Defendant. / | Case Number: CV10-00788 PJH <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lyndmila Zelenskaya
1731 Valley View Avenue
Belmont, CA 94002-1939

Sasha Giverts
1731 Valley View Avenue
Belmont, CA 94002-1939

Dated: March 31, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk